WALTER F. AUSTIN, TRUSTEE, ROBERT F. AUSTIN TRUST, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT

Docket No. 46074. Promulgated February 12, 1930.

*Cornelius C. Beekman, Esq.,* for the petitioner.
*F. R. Shearer, Esq.,* for the respondent.

### OPINION.

MURDOCK: This case is parallel to the case of *Walter F. Austin, as Trustee of the Herbert T. Austin Trust*, 18 B. T. A. 1096, decided this day, and as in that case, so here, we approve the action of the Commissioner.

*Judgment will be entered for the respondent.*